UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   .

      v.                .

                         .  Docket No.

IGNACIO BEATO,          .

     Defendant       .

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

From on or about December 23, 2013, and continuing thereafter until on or about March 25, 2015, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### IGNACIO BEATO,

did knowingly combine, conspire, and agree with other persons known and unknown to the United States to commit offenses against the United States in violation of Title 18, Unites States Code, Section 1957, to wit: to knowingly engage and attempt to engage, in monetary transactions by, through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a

value greater than $10,000, that is, money in a total amount of $751,082.49, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343.

## Manner and Means

1.    As part of the conspiracy, the defendant would identify vacant foreclosed conventional and Federal Housing Administration (FHA) insured mortgaged properties in Hazleton, Pennsylvania, and would falsely represent to potential purchasers of the properties that the defendant was authorized to sell those properties when, in fact, the defendant did not have such authority.

2.    The defendant and his coconspirators in Pennsylvania would use cellular telephones to communicate with potential purchasers of the properties while some of the potential purchasers were in other states, including the State of New York, and would engage in interstate wire communications during which the defendant and his coconspirators falsely represented that they were authorized to sell the properties.

3.    The defendant and his coconspirators would prepare and cause fraudulent written agreements of sale to be entered into which

2

purported to agree to convey these foreclosed conventional and FHA insured mortgaged properties to purchasers when, in fact, the defendant and his coconspirators had no authority to cause such agreements to be entered into.

4.   The defendant would solicit and accept money in amounts greater than $10,000 from individuals who believed they were purchasing properties and the defendant would fraudulently convert that money to his own personal use, and to the use of his coconspirators, by engaging in monetary transactions by, through and to financial institutions, affecting interstate and foreign commerce, through deposits of the money in amounts greater than $10,000.

In violation of Title 18, United States Code, Section 1956(h).

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

Dated: 4/26/17

Jenny P. Roberts
Assistant United States Attorney

3